TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **KAMBIZ ATTAR KASHANI, Reg. No. 81764-509** was convicted, in the United States District Court for the Eastern District of New York on an indictment (Docket No. 1:22CR00033-001(EK)) of a violation of Sections 1705(a) and 1705(c), Title 50, United States Code, for which a total sentence of 30 months' imprisonment; two years' supervised release; a $50,000 fine; and a special assessment of one hundred dollars ($100.00) was imposed on February 9, 2023; and

*WHEREAS* the said **KAMBIZ ATTAR KASHANI** has been confined continuously since his arrest by federal officials on January 13, 2022, and is presently incarcerated at the Federal Correctional Institution – Milan in Milan, Michigan; and

*WHEREAS* it has been made to appear that it is in the national interest that the term of imprisonment related to the aforesaid conviction not be served in its entirety:

NOW, THEREFORE, BE IT KNOWN that I, **JOSEPH R. BIDEN, JR.**, President of the United States of America, pursuant to my powers under Article II, Section 2, clause 1 of the Constitution, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **KAMBIZ ATTAR KASHANI**: I commute the prison sentence imposed upon the said **KAMBIZ ATTAR KASHANI** to time served, commuting also the term of supervised release in its entirety and remitting any unpaid balance of the fine and special assessment, upon the following conditions:

(1) the said **KAMBIZ ATTAR KASHANI** shall not commit any additional crime against the United States or in violation of the laws of the United States subsequent to the acceptance of this Commutation;

(2) the said **KAMBIZ ATTAR KASHANI** shall not accept or otherwise receive any financial benefit, directly or indirectly, in any manner or amount, from any book, movie, or other publication or production, in any form or media, about his situation; and

(3) the said **KAMBIZ ATTAR KASHANI** shall waive and release any and all claims, demands, rights, and causes of action of whatsoever kind and nature against the

Case 1:22-cr-00033-EK   Document 52   Filed 09/19/23   Page 1 of 2 PageID #: 545

If, at any time, the said **KAMBIZ ATTAR KASHANI** violates any one or more of the aforesaid conditions, as determined by me in my complete discretion (or by a future president in his or her complete discretion), this Commutation may be voided in its entirety and the original imposed sentence reinstated.

**THIS GRANT SHALL BE COME EFFECTIVE** only upon delivery and presentment of a certified copy of this document, electronic or hard copy, to the said **KAMBIZ ATTAR KASHANI**.

**I HEREBY DESIGNATE** that a certified copy of this document be delivered by a designee of the Attorney General to Immigration and Customs Enforcement, the Bureau of Prisons, the United States District Court for the Eastern District of New York, other appropriate law enforcement entities, and the said **KAMBIZ ATTAR KASHANI** as evidence of my action in order to carry into effect the terms of this grant.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the Commutation to be recorded with the Department of Justice.

Done at the City of Washington this _14th_ day of _September_ in the Year of Our Lord Two Thousand and Twenty-three and of the Independence of the United States the Two Hundred and Forty-eighth.

*Joseph R. Biden*

**Joseph R. Biden, Jr.**
**President**